**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 20, 2022

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Guy Carter, a/k/a "NuNu,"* **22 Mag. 4369**

Dear Judge McCarthy:

    The Government writes to request that the Court unseal the above-referenced Complaint, 22 Mag. 4369, and related arrest warrant for Defendant Guy Carter, a/k/a "NuNu," as I have been advised that the Defendant has been arrested.

                                     Respectfully submitted,

                                       DAMIAN WILLIAMS
                                       United States Attorney

                    By:    _____
                                     Stephanie Simon
                                     Assistant United States Attorney
                                     Tel:  (914) 993-1920

SO ORDERED:

_____
HONORABLE JUDITH C. McCARTHY     5-20-2022
UNITED STATES MAGISTRATE JUDGE